In the Matter of MICHAEL BENTLEY, Appellant, v DEBRA BENTLEY, Respondent. [924 NYS2d 883]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered May 27, 2010 in a proceeding pursuant to Family Court Act article 6. The order modified a prior order of visitation of the court.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Hess v Flint*, 5 AD3d 1079 [2004]; *Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]). Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.